Filed 11/22/22 In re Brown CA5

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| In re | F084869 |
| HERBERT ANDRE BROWN, | (Fresno Super. Ct. No. 11CRSP680459) |
| On Habeas Corpus. | **OPINION** |

-ooOoo-

**THE COURT**[*]

ORIGINAL PROCEEDING; petition for writ of habeas corpus.

Central California Appellate Program and Siena Kautz for Petitioner.

Rob Bonta, Attorney General, and Max Feinstat, Deputy Attorney General, for Respondent.

-ooOoo-

Petitioner seeks permission to file a belated appeal by way of a petition for writ of habeas corpus. The Attorney General concedes petitioner has made a prima facie showing for relief. Accordingly, we grant the request.

The Fresno County Superior Court determined petitioner was a sexually violent predator pursuant to Welfare and Institutions Code[1] section 6600 and ordered him committed to Coalinga State Hospital an indeterminate term on May 2, 2022. Believing

---

[*]    Before Detjen, A.P.J., Peña, J., and DeSantos, J.

[1]    Further references are to the Welfare and Intuitions Code.

the First District Appellate Project (FDAP) was the appropriate organization to assist, petitioner sent the FDAP a letter on June 14, 2022, requesting help to appeal from the commitment order. FDAP received the letter on June 24, 2022, but admittedly did not review it until July 11, 2022, eleven days after the jurisdictional 60-day deadline to file a notice of appeal. (Cal. Rules of Court, rule 8.308(a).) Several weeks later, FDAP forwarded petitioner's correspondence to the Central California Appellate Program, the appropriate appellate project, who assisted petitioner to seek relief to file a belated appeal with the current petition.

This court granted the Attorney General leave to respond to the petition. The Attorney General responded on October 13, 2022, indicating it did not oppose petitioner's request to file a belated appeal from the May 2, 2022, commitment order.

In light of petitioner's factual allegations and the Attorney General's concession, petitioner is granted relief to file a belated appeal.

## DISPOSITION

Petitioner is granted leave to cause a notice of appeal to be filed on or before 60 days from the date of this opinion in Fresno County Superior Court action No. 11CRSP680459.

Let a writ of habeas corpus issue directing the Clerk of the Superior Court for Fresno County to file said request in its action No. 11CRSP680459, to treat it as timely filed, and to proceed with the preparation of the record on appeal in accordance with the applicable rules of the California Rules of Court if the clerk of that court receives a notice of appeal from petitioner on or before 60 days of the date of this opinion.

This opinion is final forthwith.